

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2017

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. IRVING GALLARDO SOTO DEFENDANT(S). | CASE NUMBER SA17-0402M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____, IT IS ORDERED that a detention hearing is set for ____Initial Appearance____, __12/11/2017__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __John D. Early_____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __December 8, 2017__    _____
                                Jay C. G_____, U.S. Magistrate Judge